UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

LINCOLN F. PAYNE,

    Plaintiff,

v.                                 CIVIL ACTION NO. 1:25-cv-00024

NATIONAL JEWELRY & PAWN, INC. and
THOMAS J. KIM, *a/k/a Tom Kim*, and
FIRST CASH, Inc.,

    Defendants.

## ORDER

Pending is Defendant Thomas Kim's Motion to Dismiss All Claims Against Him Contained in the Amended Complaint [ECF 32], filed August 14, 2025.

This action was previously referred to the Honorable Joi Elizabeth Peake, United States Magistrate Judge, for submission of an Order and Recommendation ("O&R"). Magistrate Judge Peake filed her O&R on February 18, 2026. [ECF 45]. Magistrate Judge Peake recommended the Court **GRANT** Mr. Kim's Motion to Dismiss [ECF 32].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the order or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's

findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on March 9, 2025. No objections were filed.

Accordingly, the Court **ADOPTS** the O&R [**ECF 45**], **GRANTS** Defendant Kim's Motion to Dismiss [**ECF 32**], and **ORDERS** the parties to comply with the directives and deadlines earlier imposed by Magistrate Judge Peake. **[ECF 45]**. The case is referred anew to Magistrate Judge Peake in accordance with the original referral.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: March 12, 2026

Frank W. Volk
Chief United States District Judge